[No. 15382. Department One. December 16, 1919.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHARLES SCHLUTER, *Appellant*.[1]

CRIMINAL LAW (440)—APPEAL—DISCRETION—SENTENCE AND PUNISHMENT. Abuse of discretion in imposing the maximum sentence allowed by law cannot be asserted in the absence of any record other than the information, plea of guilty, and judgment.

Appeal from a judgment of the superior court for Adams county, Truax, J., entered November 13, 1918, upon a trial and conviction of violating the prohibition law. Affirmed.

*G. E. Lovell*, for appellant.

*Otto W. Naef*, for respondent.

MITCHELL, J.—Appellant plead guilty to a charge, by an information filed in the superior court, of having in his possession an excessive amount of intoxicating liquor, in violation of § 6262-22, Rem. Code, was fined $250 and sentenced to ninety days in the county jail, and has appealed.

His only complaint is the severity of the judgment entered. The penalty provided by the law for the crime in question is:

"A fine of not less than fifty dollars nor more than two hundred fifty dollars, or by imprisonment in the county jail for not less than ten days nor more than

[1]Reported in 186 Pac. 267.

three months, or by both such fine and imprisonment.''
Rem. Code, § 6262-31.

If a consideration of what this court has said in
the cases of *State v. Bliss,* 27 Wash. 463, 68 Pac. 87;
*State v. Newton,* 29 Wash. 373, 70 Pac. 31; *State v.
Van Waters,* 36 Wash. 358, 78 Pac. 897; *State v.
Patchen,* 37 Wash. 24, 79 Pac. 479; *State v. Kenney,*
83 Wash. 441, 145 Pac. 450, as to the power of this
court to modify such a sentence and judgment because
of its supposed severity, is not conclusive against the
present appeal, assuredly we must decline to review
it because of the absence of any record other than the
information, plea of guilty, and the judgment. The
law charges upon the trial judge the duty to determine
the punishment to be imposed, not according to an
arbitrary penalty fixed by the law, but according to a
minimum and maximum pecuniary punishment or
imprisonment, or both, requiring the exercise of dis-
cretion, the expression of which, if within the terms of
the law, is impressed with all legal presumptions in
its favor, and is not to be disturbed by a challenge
based simply upon the contention of the guilty one
that the punishment imposed is in excess of what he
thinks it should be.

Judgment affirmed.

HOLCOMB, C. J., MACKINTOSH, PARKER, and MAIN,
JJ., concur.